```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| RYAN O'DELL,<br><br>                    Plaintiff,<br><br>    -against-<br><br>LUTHER BURBANK CORPORATION, VICTOR S. TRIONE, SIMONE LAGOMARSINO, RENU AGRAWAL, JOHN C. ERICKSON, ANITA GENTLE NEWCOMB, BRADLEY M. SHUSTER, THOMAS C. WAJNERT, and M. MAX YZAGUIRRE,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/9/2023<br><br><br>23 Civ. 1912 (AT) |
| ELAINE WANG,<br><br>                    Plaintiff,<br><br>    -against-<br><br>LUTHER BURBANK CORPORATION, VICTOR S. TRIONE, SIMONE LAGOMARSINO, RENU AGRAWAL, JOHN C. ERICKSON, ANITA GENTLE NEWCOMB, BRADLEY M. SHUSTER, THOMAS C. WAJNERT, and M. MAX YZAGUIRRE,<br><br>                    Defendants. | 23 Civ. 1949 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

      On March 8 and 14, 2023, the Court ordered the parties to submit joint letters and proposed case management plans in these related actions by May 5 and 8, 2023. *See O'Dell*, 23 Civ. 1912, ECF No. 3; *Wang*, 23 Civ. 1949, ECF No. 5. To date, Defendants have not appeared in either action, and those submissions are now overdue. Accordingly, by **June 9, 2023**, the parties shall submit their proposed case management plans, or Plaintiffs shall advise the Court of their intentions with respect to the continuation of these actions.

      SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                          ANALISA TORRES
                                           United States District Judge